UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 14-61438-CIV-COHN/SELTZER

MARITZA PREBAL,

    Plaintiff,

v.

SETERUS, INC.; FEDERAL NATIONAL
MORTGAGE ASSOCIATION, JPMORGAN
CHASE BANK, N.A.; and SHAPIRO,
FISHMAN & GACHÉ, LLP,

    Defendants.
_____/

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant JPMorgan Chase Bank, N.A., hereby disclose that:

1. Defendants JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co., and Chase Manhattan Bank USA, N.A. (which is now known as Chase Bank USA, N.A.) is an indirect wholly-owned subsidiary of JPMorgan Chase & Co.

2. JPMorgan Chase & Co. is a publicly held company whose shares are traded on the New York Stock Exchange. JPMorgan Chase & Co. has no parent company and no publicly held-company owns more than 10% of JPMorgan Chase & Co.'s shares.

3. Defendant "JPMorgan Chase" is not a legal entity.

| | |
|---|---|
| Dated:  August 11, 2014 | Respectfully submitted,<br><br>*s/ David A. Karp*<br>Andrew B. Boese<br> Florida Bar No.  824771<br>David A. Karp<br> Florida Bar No.  69226<br>LEÓN COSGROVE LLC<br>255 Alhambra Circle – Suite 424<br>Coral Gables, FL  33134<br>Tel:  305.740.1975<br>Fax: 305.437.8158<br>Email:  aboese@leoncosgrove.com<br>Email:  dkarp@leoncosgrove.com<br><br>*Counsel for Defendant JPMorgan Chase Bank, N.A.* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2014, the foregoing document was served via electronic and U.S. Mail to he Pro-se Plaintiff and Electronically served on counsel for Defendants via the CM/ECF filing system as follows:

Ronald M. Gaché, Esq.
Ileen J. Cantor, Esq.
Shapiro Fishman & Gaché, LLP
2424 North Federal Highway, Suite 360
Boca Raton, FL 33431
Tel: 561-998-6695
Fax: 561-998-6707
Email: rgache@logs.com
Email: icantor@logs.com

*Counsel for Defendant, Shapiro Fishman & Gache, LLP*

Maritza Prebal
108 Virginia Road
West Park, FL 33023
Email: mprebal@yahoo.com

*Pro-se Plaintiff*

Christopher P. Hahn, Esq.
McGinnis Wutscher Beiramee, LLP
110 East Broward Blvd., Suite 1700
Ft. Lauderdale, FL 33301
Tel: 941-412-3290
Fax: 866-581-9302
Email: chahn@mwbllp.com

*Counsel for Defendants, Seterus & Federal National Mortgage Association*

　　　　　　　　　　　　　　　　　　　 */s/ David A. Karp*
　　　　　　　　　　　　　　　　　　　　　David A. Karp