**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 14-cv-61438-JIC**

MARITZA PREBAL,
     Plaintiff
       -v-

SETERUS, FEDERAL NATIONAL MORTGAGE
ASSOCIATION, JP MORGAN CHASE BANK, N.A.
and SHAPIRO, FISHMAN & GACHE, LLP
      Defendants.                               /

**PLAINTIFF'S, MARITZA PREBAL, RESPONSE**
**TO ORDER TO SHOW CAUSE**

Plaintiff, MARITZA PREBAL, by and through the undersigned counsel hereby files her response to this Court's October 3, 2014, Order to Show Cause [DE 35], as to "why Defendants' motions to dismiss [DE 21, 25-26] should not be granted by default" and states as follows:

1.     Plaintiff filed a *pro se* Complaint in this action on June 23, 2014 [DE 1].

2.     On August 12, 2014, Defendants, Federal National Mortgage Association & Seterus filed a Joint Motion to Dismiss Plaintiff Complaint for Failure to State a Claim and Incorporated Memorandum of Law for which a response was due on August 29, 2014.

3.     On August 19, 2014, Defendant, JP Morgan Chase Bank, N.A. filed a Motion to Dismiss Plaintiff's Complaint for which a response was due on September 5, 2014.

4.     On August 20, 2014, Defendant, Shapiro, Fishman & Gache filed a Motion to Dismiss Plaintiff's Complaint for which a response was due on September 8, 2014.

5.     This Court's Order to Show Cause was filed, on October 3, 2014.

6.     The undersigned counsel was retained by Plaintiff on October 9, 2014.

7.     In order to evaluate the factual allegations stated in the three Motions to Dismiss Complaint for Failure to State a Claim, review the records, and determine the circumstances involved, Plaintiff's counsel requires additional time to respond to the Motions to Dismiss.

8.     In addition, Plaintiff requires additional time to prepare the appropriate responses to the three (3) separate Motions to Dismiss for Failure to State a Claim.

**WHEREFORE**, Plaintiff, MARITZA PREBAL, respectfully requests that this Honorable Court refrain from dismissing Plaintiff's action, without prejudice.

Respectfully Submitted,

By: _/S/ Marilyn L. Maloy, _____
        MARILYN L. MALOY
        Florida Bar No.: 12771
        **MALOY LAW GROUP, LLC**
        540 NW 165 STREET ROAD, SUITE 210
        MIAMI, FL 33169
        Telephone:  (786) 483-7541
        Facsimile:  (305) 402-0204
        Email: Marilyn@maloylaw.com
        E-Service: service@maloylaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 10, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully Submitted,

By: _/S/ Marilyn L. Maloy, _____
        MARILYN L. MALOY

## SERVICE LIST

**Christopher Patrick Hahn**
McGinnis Wutscher Beiramee LLP
110 East Broward Blvd., Suite 1700
Fort Lauderdale, FL 33301
Tel:  (949) 412-3290
Email: chahn@mwbllp.com

**Andrew Benjamin Boese**
Leon Cosgrove LLC
255 Alhambra Circle, Suite 424
Coral Gables, FL 33134
Tel: (305) 740-1975
Fax: (305) 437-8158
Email: aboese@leoncosgrove.com

**David Arnold Karp**
Leon Cosgrove, LLC
255 Alhambra Circle, Suite 800
Coral Gables, FL 33134
305-740-1975
Fax: 305-437-8158
Email: dkarp@leoncosgrove.com

**Ileen Jill Cantor**
Shapiro, Fishman & Gache, LLP
2424 North Federal Highway, Suite 360
Boca Raton, FL 33431
561-998-6695
Email: icantor@logs.com

 **Ronald Matthew Gache**
Shapiro, Fishman & Gache, LLP
2424 North Federal Highway, Suite 360
Boca Raton, FL 33431
561-287-5599
Fax: 561-287-5589
Email: rgache@logs.com